# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert Lopez, Teri Lopez, and A.X.L. [Minor] by and through his guardian ad litem Teri Lopez<br><br>  Plaintiffs,<br>vs.<br><br>Karl Hall (former Washoe Assistant District Attorney in Reno, Nevada); David Karpel (former DOJ AUSA), Matt Neal, (DHS Agent), Does 1 – 20,<br><br>  Defendants. | Civil No. 8:22-cv-00267JVS-JDE<br><br>**Order dismissing all claims against Defendants Karl Hall, David Karpel and Matt Neal with prejudice.**<br><br>Date: June 27, 2022<br>Time: 1:30 p.m.<br>Ctrm: Santa Ana, Courtroom 10C |

  IT IS HEREBY ORDERED that, pursuant to Plaintiffs' Motion for Voluntary Dismissal filed June 22, 2022, that:

  All claims and causes of action against Defendants Karl Hall, David Karpel and Matt Neal in the above-entitled action are hereby dismissed with prejudice.

IT IS SO ORDERED

Dated: June 22, 2022  _____
           Hon. James V. Selna
          United States District Judge